EDWARD HARRIS, Respondent, *v.* THE HOME INSURANCE COMPANY, Appellant.

*Harris* v. *Home Ins. Co.*, 142 App. Div. 920, affirmed.
(Submitted December 19, 1912; decided January 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover upon a policy of fire insurance.

*C. I. Miller* for appellant.

*C. A. Hitchcock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Not sitting: WILLARD BARTLETT, J.